IT IS FURTHER STIPULATED AND AGREED that the appeals for reappraisement are abandoned as to any other merchandise listed on the invoices, and that these appeals may be deemed to be submitted for decision on this stipulation.

On the agreed facts, I find cost of production, as that value is defined in section 402(f) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values were during 1956 as follows:

| Invoice Description | Cost of Production |
| --- | --- |
| CpN | Invoice unit values, less 20%, plus 34.65% packed |
| CpG | Invoice unit values, less 20% packed |
| CpP | Invoice unit values, less 20% packed |
| CpPD | Invoice unit values, less 20% packed |
| CpPT or CpPTr | Invoiced home consumption price net packed |
| CpPA | Invoiced home consumption price net packed |
| CpK | Invoiced home consumption price net packed |

As to all other merchandise listed on said invoices, the appeals for reappraisement having been abandoned, the same are dismissed.

Judgment will be entered accordingly.

REHEARING MOTION GRANTED

DECEMBER 16, 1960

Reap. Dec. 9878.—Joseph Tanous v. United States, Entered at Laredo, Tex. Reap. Dec. 9817. Motion by plaintiff.

(Reap. Dec. 9879)

F. L. KRAEMER & CO. ET AL. v. UNITED STATES

Entry No. 42463–1/3, etc.

(Decided December 19, 1960)

*Ilse G. Coe* for the plaintiffs.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: The appeals for reappraisement enumerated in schedule "A," hereto attached and made a part hereof, are before me for decision on a written stipulation, reading as follows:

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the issues in the appeals for reappraisement listed in the Schedule